[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-11555
Non-Argument Calendar
_____

D.C. Docket No. 9:13-cr-80208-KLR-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TAIWAN LENARD DRIVER,
a.k.a. "Taiwan Martin,"

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(October 28, 2014)

Before WILSON, JULIE CARNES and ANDERSON, Circuit Judges.

PER CURIAM:

Michael Cohen, appointed counsel for Taiwan Driver in this direct criminal

appeal, has moved to withdraw from further representation of the appellant and

filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396,

18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Driver's conviction and sentence are **AFFIRMED**.